■ THERESA HEPNER, Appellant, v NOREEN FITALL, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from so much of a judgment of the Supreme Court, Suffolk County, entered August 30, 1979, as is in favor of defendant upon the trial court's granting of the defendant's motion for judgment at the close of plaintiff's case, at a jury trial limited to the issue of liability only. Judgment reversed insofar as appealed from, on the law, the provision granting defendant's motion is deleted, the motion is denied, and a new trial is granted, with costs to abide the event. The evidence presented by the plaintiff was sufficient to establish a prima facie case. Titone, J. P., Mangano, Rabin and Cohalan, JJ., concur.

■ LILLIAN KOZAK, Respondent-Appellant, v AARON KOZAK, Appellant-Respondent.—In a matrimonial action, the parties cross-appeal from stated portions of an order and judgment (one paper) of the Supreme Court, Nassau County, entered October 5, 1978, which, *inter alia,* (1) awarded damages to the plaintiff wife, (2) directed the defendant to pay a monthly sum as a carrying charge on the marital residence, and (3) dismissed plaintiff's fourth and fifth causes of action in which she attempted to impose a constructive trust. Action remanded to the Trial Justice for the making of findings of fact with respect to the dismissal of so much of the fourth and fifth causes of action as sought to impose a constructive trust on the assets transferred by the wife to the husband as alleged in paragraphs 46 through 48 and 55 through 57 of plaintiff's verified complaint; appeal held in abeyance in the interim. Mollen, P. J., Lazer, Gibbons and Margett, JJ., concur.